Lawton Humphrey, admitted *pro hac vice*
Kathryn S. Rosen, admitted *pro hac vice*
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Telephone: (206) 757-8064
Fax (206) 757-7700
Email: lawtonhumphrey@dwt.com
Email: katierosen@dwt.com

Douglas M. Cohen, #1214
3773 Howard Hughes Parkway
Las Vegas, NV 89169-0949
Telephone: (702) 862-2972
Fax: (702) 737-7705
Email: dmc@jonesvargas.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| COURTNEE L. WOODRING, f/k/a Courtnee Hunt,<br><br>    Plaintiff,<br><br>v.<br><br>CLEARWIRE U.S., LLC, a Nevada limited liability company, and/or CLEARWIRE CORPORATION, LLC, a foreign limited liability company,<br><br>    Defendants. | No. 2:09-cv-904<br><br>STIPULATION TO DISMISS ACTION WITH PREJUDICE |

The parties hereto by and through their attorneys stipulate that: The above-captioned matter, including all claims, having been fully compromised and settled, is dismissed with prejudice and without fees or costs to any party.

//

//

//

//

DATED this 15th day of November, 2010.

                                            Davis Wright Tremaine LLP
                                            Attorneys for Defendants

By   /s/ Douglas Cohen                      By  /s/ Katie S. Rosen
Douglas M. Cohen, #1214                      Lawton Humphrey, admitted *pro hac vice*
3773 Howard Hughes Parkway             Kathryn S. Rosen, admitted *pro hac vice*
Las Vegas, NV  89169-0949                1201 Third Avenue, Suite 2200
Telephone: (702) 862-2972                   Seattle, WA  98101-3045
Fax: (702) 737-7705                            Telephone: (206) 757-8064
    Email: dmc@jonesvargas.com            Fax: (206) 757-7700
                                                Email: lawtonhumphrey@dwt.com
                                                Email: katierosen@dwt.com

                                          For Plaintiff Courtnee Woodring:

                                          By:     /s/ Sharon Nelson

                                          NELSON LAW
                                          8670 W. Cheyenne Avenue
                                          Suite 120
                                          Las Vegas, NV  89129
                                          Phone (702) 247-4529
                                          Fax    (702) 737-4529

IT IS SO ORDERED:

_/s/ Kent J. Dawson_
Honorable Kent J. Dawson
UNITED STATES DISTRICT JUDGE
DATED: 11/16/10

Presented by:

For Plaintiff Courtnee Woodring:

By:  /s/ Sharon Nelson

NELSON LAW
8670 W. Cheyenne Avenue
Suite 120
Las Vegas, NV 89129
Phone (702) 247-4529
Fax    (702) 737-4529


For Defendants:

By:  /s/ Katie S. Rosen
Lawton Humphrey, admitted *pro hac vice*
Kathryn S. Rosen, admitted *pro hac vice*
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Telephone: (206) 757-8064
Fax (206) 757-7700
Email: lawtonhumphrey@dwt.com
Email: katierosen@dwt.com

Douglas M. Cohen, Nevada Bar No. 1214
Jones Vargas
3773 Howard Hughes Parkway
Las Vegas, NV 89169-0949
Telephone: (702) 862-2972
Fax: (702) 737-7705
Email: dmc@jonesvargas.com
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of November, 2010, the foregoing STIPULATION TO DISMISS ACTION WITH PREJUDICE was served on the parties pursuant to Fed.R.Civ.P.5(b), and Section IV of District of Nevada Electronic Filing Procedures via electronic service.

/s/ Kathryn S. Rosen
Lawton Humphrey, admitted *pro hac vice*
Kathryn S. Rosen, *pro hac vice* pending
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Telephone: (206) 757-8064
Fax: (206) 757-7700
Email: lawtonhumphrey@dwt.com
Email: katierosen@dwt.com